UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID SOJKA,<br><br>    Plaintiff,<br><br>v.<br><br>TAKHAR COLLECTION SERVICES,<br>LTD., and DOE #1,<br><br>    Defendants. | No. 4:12-CV-502 CAS |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of David Sojka and against defendant Takhar Collection Services, Ltd., in the amount of One Thousand Dollars ($1,000.00), together with post judgment interest as allowed by law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff David Sojka is awarded attorneys' fees in the amount of Three Thousand Three Hundred Thirty-Nine Dollars ($3,339.00) against defendant Takhar Collection Services, Ltd.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs are assessed against defendant Takhar Collection Services, Ltd., in the amount of Five Hundred Twenty Dollars and Twenty-Three Cents ($520.23).

                                                                              **CHARLES A. SHAW**
                                                                              **UNITED STATES DISTRICT JUDGE**

Dated this   7th   day of February, 2013.